**The Dratch Law Firm P.C.**
A Professional Corporation
Attorneys At Law
Plaza Two
354 Eisenhower Parkway
P.O. Box 472
Livingston, New Jersey 07039-0472

Main Office (973) 992-3700
Telecopier (973) 992-7945

Stephen N. Dratch*

NEW YORK OFFICE
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office
WEBSITE: www.njcounsel.com

OF COUNSEL
Richard E. Mischel*
Adam D. Dratch*

* NJ & NY BAR

Writer's Direct Dial: (973) 533-7212
Writer's email: sdratch@njcounsel.com

December 2, 2025

**_Via Pacer_**
Honorable Esther Salas, U.S.D.J.
United States District Court - District of New Jersey
Newark, New Jersey 07102

    Re:   Amaya v. Tsoukaris, et al.
           Case: 2:25-cv-16042-ES

Dear Judge Salas:

In light of the present circumstances regarding my inability to communicate with Mr. Amaya, I am respectfully requesting that I be permitted to submit a voucher for services rendered. May I please hear from Chambers with regard to this request.

Respectfully yours,

STEPHEN N. DRATCH

SND:tp

cc:   All Counsel of Record

*[Handwritten note:] Request Granted*
*[Signed] E. Salas, USDJ*
*12/3/25*